UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAJED AL-DRWAISH,

    Plaintiff,

v.

MOHAMED TARISH AL-HAMELI and
SALAMA MAJED AL-SUWAIDI,
husband and wife,

    Defendants.

No. C01-5514FDB

ORDER EXTENDING DEADLINE FOR
PROCESS SERVICE ON DEFENDANTS

THIS MATTER coming on before this Court upon motion of Plaintiff for an Order Extending the Deadline for process service on the defendants, the Court having reviewed the motion and declaration of counsel and the records and files herein and being otherwise fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for service of process upon defendants be and hereby is extended to May 31, 2006.

/////

/////

ORDER EXTENDING DEADLINE FOR
PROCESS SERVICE ON DEFENDANTS - 1

LAW OFFICES OF
RESSLER & TESH, PLLC
EXCHANGE BUILDING
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333

1   DATED this 27th day of May, 2005.

3   FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

5   Presented by:

8   Allen M. Ressler, WSBA #5330
    Timothy Tesh, WSBA #28249
    RESSLER & TESH, PLLC
    Attorneys for Plaintiff

ORDER EXTENDING DEADLINE FOR
PROCESS SERVICE ON DEFENDANTS - 2

LAW OFFICES OF
RESSLER & TESH, PLLC
EXCHANGE BUILDING
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333