The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAJED AL-DRWAISH,<br><br>           Plaintiff,<br>   v.<br>MOHAMED TARISH AL-HAMELI and SALAMA MAJED AL-SUWAIDI, husband and wife,<br><br>           Defendants. | No. C01-5514FDB<br><br>ORDER FOR EXTENSION OF TIME TO SERVE DEFENDANTS |

**THIS MATTER** having come before this Court upon motion of Plaintiff for an Order Extending the Deadline for process service on the defendants, the Court having reviewed the motion and declaration of counsel and the records and files herein and being otherwise fully advised, now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadline for service of process upon defendants be and hereby is extended to May 30, 2009.

**DATED**: May 23, 2008

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Allen M. Ressler, WSBA #5330
Timothy R. Tesh, WSBA #28249
RESSLER & TESH, PLLC
Attorneys for Plaintiff

_____
ORDER FOR EXTENSION OF TIME TO SERVE DEFENDANTS -1

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206)388-0333