01-CV-05514-ORD

The Honorable Franklin D. Burgess
Hearing Date: May 22, 2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAJED AL-DRWAISH,

Plaintiff,

v.

MOHAMED TARISH AL-HAMELI and
SALAMA MAJED AL-SUWAIDI, husband
and wife,

Defendants.

No. C01-5514FDB

ORDER FOR EXTENSION OF TIME TO
SERVE DEFENDANTS

**THIS MATTER** having come before this Court upon motion of Plaintiff for an Order

Extending the Deadline for process service on the defendants, the Court having reviewed the

motion and declaration of counsel and the records and files herein and being otherwise fully

advised, now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadline for

service of process upon defendants be and hereby is extended to May 30, 2010.

DATED: _22 May '09_

_____
Honorable Franklin D. Burgess

Presented by:

_____
Allen M. Ressler, WSBA #5330
Timothy R. Tesh, WSBA #28249
Attorneys for Plaintiff

_____
ORDER FOR EXTENSION OF TIME TO SERVE DEFENDANTS -1

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333